USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 0 2 2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X
IN RE AMERICAN INTERNATIONAL    :    Master File No. 08-CV-4772 (LTS)
GROUP, INC. 2008 SECURITIES        :
LITIGATION                                       :
---------------------------------------X

## STIPULATION AND PROPOSED ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned parties, that:

1. Defendant American International Group, Inc.'s memorandum of law in support of its motion to dismiss the Consolidated Class Action Complaint shall be no longer than ~~85~~ 75 pages.

2. Defendant underwriters' memorandum of law in support of their motion to dismiss the Consolidated Class Action Complaint shall be no longer than ~~50~~ 40 pages.

3. Defendant PricewaterhouseCooper's memorandum of law in support of its motion to dismiss the Consolidated Class Action Complaint shall be no longer than ~~40~~ 35 pages.

4. Defendant Joseph Cassano may file a memorandum of law in support of his motion to dismiss the Consolidated Class Action Complaint not to exceed ~~35~~ 30 pages in length.

5. Defendant outside directors may jointly file a memorandum of law in support of their motion to dismiss the Consolidated Class Action Complaint not to exceed 25 pages in length.

6. Each of the remaining individual defendants may file a memorandum of law in support of their motions to dismiss the Consolidated Class Action Complaint not to exceed ~~25~~ 20 pages in length.

7. Plaintiffs' memorandum of law in opposition to Defendants' motions to dismiss shall be no longer than the combined total number of pages of the memoranda of law submitted by Defendants in support of their motions to dismiss.

8. Defendants American International Group, Inc.'s reply to any opposition shall be no longer than 30 pages.

9. Defendant underwriters' reply to any opposition shall be no longer than 15 pages.

10. Defendant PricewaterhouseCooper's reply to any opposition shall be no longer than 15 pages.

11. Defendant outside directors may jointly file a reply to any opposition not to exceed 10 pages in length.

12. Each of the remaining individual defendants may file a reply to any opposition not to exceed 10 pages.

Defendant Athan's time to respond to the complaint is suspended, and the determination of any page limits as to him in connection with motion practice reserved, pending further order of the Court.

Notwithstanding the foregoing approved maximum page limits, counsel are expected to cooperate to avoid any unnecessary duplication of argumentation. Counsel are also reminded of the obligations imposed by paragraph 2B of the undersigned's Individual Practices Rules.

/s/

WEIL, GOTSHAL & MANGES LLP
JOSEPH S. ALLERHAND
ROBERT F. CARANGELO
STACY NETTLETON

By: /s/ Joseph S. Allerhand
     Joseph S. Allerhand

767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Fax: (212) 310-8007
joseph.allerhand@weil.com
robert.carangelo@weil.com
stacy.nettleton@weil.com

*Attorneys for Defendants American International Group, Inc., David Herzog and Edmund S.W. Tse*

SIMPSON THACHER & BARTLETT LLP
JAMES GAMBLE
MICHAEL J. GARVEY
CRAIG S. WALDMAN

By: /s/ James Gamble
    James Gamble

425 Lexington Avenue
New York, NY 10017-3954
Telephone: (212) 455-2000
Fax: (212) 455-2502
jgamble@stblaw.com
mgarvey@stblaw.com
cwaldman@stblaw.com

*Attorneys for Defendants Stephen F. Bollenbach, Pei-yuan Chia, Marshall A. Cohen, Martin S. Feldstein, Ellen V. Futter, Stephen L. Hammerman, Richard C. Holbrooke, Fred H. Langhammer, George L. Miles, Morris W. Offit, James F. Orr III, Virginia M. Rometty, Michael H. Sutton, Robert B. Willumstad and Frank G. Zarb*

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
RICHARD A. ROSEN

By: /s/ Richard A. Rosen
Richard A. Rosen

1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212)- 373-3000
Facsimile: (212)- 757-3990
rrosen@paulweiss.com

*Attorney for the Underwriter Defendants*

CRAVATH, SWAINE & MOORE LLP
THOMAS G. RAFFERTY
ANTONY L. RYAN
SAMIRA SHAH

By: _____
     Samira Shah

825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
trafferty@cravath.com
aryan@cravath.com
sshah@cravath.com

*Attorneys for PricewaterhouseCoopers LLP*

GIBSON, DUNN & CRUTCHER LLP
F. JOSEPH WARIN
LEE G. DUNST
GEORGIA WINSTON

By: /s/ Lee G. Dunst
Lee G. Dunst

200 Park Avenue, 47th Floor
New York, NY 10166
Telephone: (212) 351-4000
Fax: (212) 351-4035
ldunst@gibsondunn.com

*Attorneys for Defendant Joseph Cassano*

US_ACTIVE:\43067261\01\43067261_1.DOC\14430.0044          7

WACHTELL, LIPTON, ROSEN & KATZ
DAVID M. MURPHY
MEREDITH L. TURNER

By: /s/ Meredith L. Turner
      Meredith L. Turner

51 West 52nd Street
New York, New York 10019
Telephone: (212) 403-1000
Fax: (212) 403-2000
dmmurphy@wlrk.com
mlturner@wlrk.com

*Attorneys for Defendant Martin J. Sullivan*

MAYER BROWN LLP
RICHARD A. SPEHR
JOSEPH DE SIMONE

By: _____
Richard A. Spehr

1675 Broadway
New York, NY 10019-5820
Telephone: (212) 506 2500
Fax: (212) 262-1910
jdesimone@mayerbrown.com
rspehr@mayerbrown.com

*Attorneys for Defendant Steven Bensinger*

LATHAM & WATKINS LLP
DAVID M. BRODSKY
RICHARD D. OWENS

By: _____
    David M. Brodsky

885 Third Avenue, Suite 1000
New York, NY 10022-4834
Telephone: (212) 906-1200
Fax: (212) 751-4864
david.brodsky@lw.com

*Attorneys for Defendant Andrew Forster*

MILBANK, TWEED, HADLEY & MCCLOY LLP
ANDREW TOMBACK
DOROTHY HEYL

By: /s/ Andrew Tomback
    Andrew Tomback

1 Chase Manhattan Plaza
New York, NY 10005-1413
Telephone: (212) 530-5000
Fax: (212) 530-5219
atomback@milbank.com

*Attorneys for Defendant Alan Frost*

WILLKIE FARR & GALLAGHER LLP
MICHAEL R. YOUNG

By: _____
Michael R. Young

787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
Fax: (212) 728-8111
myoung@willkie.com

*Attorney for Defendant Robert Lewis*

DEBEVOISE & PLIMPTON LLP
ANDREW J. CERESNEY

By: _____
      Andrew J. Ceresney

919 Third Avenue
New York, NY 10022
Telephone: (212) 909 6000
Fax: (212) 909 6836
ajceresney@debevoise.com

*Attorney for Defendant Thomas Athan*

BARRACK, RODOS & BACINE
LEONARD BARRACK
JEFFREY W. GOLAN
A. ARNOLD GERSHON

By: _____
    Jeffrey W. Golan

Two Commerce Square
2001 Market Street
Suite 3300
Philadelphia, PA 19103
Telephone: (215) 963-0600
Facsimile: (215) 963-0838
lbarrack@barrack.com
jgolan@barrack.com
agershon@barrack.com

-and-

THE MILLER LAW FIRM, P.C.
E. POWELL MILLER
MARC L. NEWMAN
950 W. University Drive,
Suite 300
Rochester, MI 48307
Telephone: (248)-841-2200
Facsimile: (248)-652-2852
epm@millerlawpc.com
mln@millerlawpc.com

*Co-Lead Counsel for Securities Class Action Lead Plaintiffs*

SO ORDERED.

Dated: New York, NY
      July 2_____, 2009

_____
The Honorable Laura Taylor Swain
United States District Judge